IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL PENA, | ) |
| | ) Case No. 20 CV 03352 |
| Plaintiff, | ) |
| v. | ) Judge Sara L. Ellis |
| | ) |
| CHICAGO POLICE OFFICER WILFREDO ORTIZ, STAR #9748; CHICAGO POLICE OFFICER MARIBEL ROSARIO, STAR #13512; CHICAGO POLICE OFFICER RUPERT COLLINS, STAR #4430; UNKNOWN CHICAGO POLICE OFFICERS and CITY OF CHICAGO, a municipal corporation, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

Jeffrey J. Neslund
Attorney for the plaintiff, Daniel Pena
Law Offices of Jeffrey J. Neslund
20 N. Wacker Drive, Suite. 3710
Chicago, IL 60606
(312) 223-1100
Attorney No.
DATE:

Marko Duric

Marko Duric
Robert Robertson
Attorneys for the plaintiff, Daniel Pena
Robertson Duric
1 N. LaSalle, Ste. 300
Chicago, IL 60602
(312) 223-8600
Attorney No. 6308924
DATE: 08/16/2022

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

CELIA MEZA
Corporation Counsel
Attorney for City of Chicago

BY:
Victoria R. Benson
Deputy Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-4883
Attorney No. 6282508
DATE:

Larry S. Kowalczyk
Attorney for defendants, Wilfredo Ortiz,
Maribel Rosario and Rupert Collins
Special Assistant Corporation Counsel
Querrey & Harrow, Ltd.
120 N. LaSalle, Ste. 2600
Chicago, Illinois 60602
(312) 540-7000
Attorney No. 6225367
DATE:

George J. Yamin Jr.
Special Assistant Corporation Counsel
The Sotos Law firm
141 W. Jackson, Ste. 1240A
Chicago, IL 60604
(630) 753-3300
Attorney No. 6217483
DATE: 9/2/2022