**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DANIEL PENA, ) | |
| ) | Case No. 20 CV 03352 |
| Plaintiff, ) | |
| v. ) | Judge Sara L. Ellis |
| ) | |
| CHICAGO POLICE OFFICER WILFREDO ) | |
| ORTIZ, STAR #9748; CHICAGO POLICE ) | |
| OFFICER MARIBEL ROSARIO, STAR #13512; ) | |
| CHICAGO POLICE OFFICER RUPERT ) | |
| COLLINS, STAR #4430; UNKNOWN CHICAGO ) | |
| POLICE OFFICERS and CITY OF CHICAGO, ) | |
| a municipal corporation, ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Daniel Pena, by one of his attorneys, Jeffrey J. Neslund; and Defendants Wilfredo Ortiz, Maribel Rosario, Rupert Collins, by their attorney, Larry S. Kowalczyk, Special Assistant Corporation Counsel; and Defendant, City of Chicago, by its attorney, Celia Meza, Corporation Counsel of the City of Chicago, and the parties have entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, orders as follows:

All of the claims of plaintiff, Daniel Pena, against Defendants, City of Chicago, Wilfredo Ortiz, Maribel Rosario and Rupert Collins, are hereby dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of this order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

| | |
|---|---|
| Larry S. Kowalczyk | ENTER:_____ |
| Special Assistant Corporation Counsel | The Honorable Sara L. Ellis |
| Querrey & Harrow, Ltd. | United States District Judge |
| 120 N. LaSalle, Ste. 2600 | DATED:___September 21, 2022_____ |
| Chicago, Illinois 60602 | |
| (312) 540-7000 | |
| Attorney No. 6225367 | |
| Date:_____ | |